# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Skanska USA Civil Southeast, Inc. ) ASBCA No. 61141
)
Under Contract No. FQ12001 )

APPEARANCES FOR THE APPELLANT: Arnie B. Mason, Esq.
Melisa A. Roy, Esq.
Williams Mullen
Tysons Corner, VA

APPEARANCE FOR THE AUTHORITY: Jon B. Crocker, Esq.
Chief Counsel
Washington Metropolitan Area
Transit Authority
Washington, DC

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 24 May 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61141, Appeal of Skanska USA Civil Southeast, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals